In the Matter of the Estate of FRED H. REAMS, Deceased.— Order conditionally dismissing appeal modified to extend appellant's time to file record and briefs until May 4, and appellant permitted to prosecute appeal on one copy of stenographer's minutes, five typewritten copies of judgment roll and five typewritten briefs, all to be filed and served on or before May 4, 1960, and upon the further condition that appellant file the undertaking required by section 298 of the Surrogate's Court Act, on or before May 4, 1960. The case will be added to the present term for argument if five typewritten copies of respondent's briefs are filed on or before May 6, 1960. (Order entered April 27, 1960.)

KATHLEEN M. Cox, an Infant, by JOHN H. Cox, Her Guardian ad Litem, et al., Respondents, v. FREDERICK MUTH, Appellant.— Appeal dismissed unless appellant's brief is filed and served, and original record is filed, on or before May 4, 1960. If respondent files a brief on or before May 9, 1960, the case will be added to the May 1960 Term Calendar. (Order entered April 27, 1960.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST JACKSON, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before August 1, 1960. Upon the papers before the court it appears that the attorney who appeared for appellant at the trial and served the notice of appeal no longer appears for him and the burden is on the appellant to proceed if he desires to prosecute the appeal. If an application is to be made to prosecute the appeal as a poor person, such application may be made any day of the present term or on the 29th day of June, 1960.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT MARR, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion granted and appeal dismissed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BATTAGLIA, Appellant.— Motion to enlarge time for argument of appeal to include September 1960 Term of court granted on condition that appellant's brief be filed and served on or before June 15, 1960, respondent's brief June 15, 1960, respondent's brief, or a demand therefor pursuant to rule VII of the Appellate Division, Fourth Department, Calendar Rules, to be filed by August 15, 1960, and case set down for argument at the September 1960 Term of court.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLIFFORD THOMAS, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DE WITT R. LEE, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before June 1, 1960.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OWEN VEST, Appellant, et al., Defendants.— Motion granted to appeal on one certified copy of judgment roll and stenographer's minutes and five typewritten briefs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYLVESTER ENGLISH, Appellant.— Motion granted to appeal on one certified copy of judgment roll and stenographer's minutes and five typewritten copies of brief. Richard D. Grisanti, Esq., assigned as attorney to conduct appeal and time for argument of appeal enlarged to include September 1960 Term of court.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUTHER BENNETT, Appellant.— Motion granted to appeal on one certified copy of judgment roll and stenographer's minutes and five typewritten copies of brief, John Rogowski, Esq. of Buffalo assigned as attorney to conduct appeal and time for argument of appeal enlarged to include September 1960 Term of court.